ent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

IRENE JOHNSON, as Administratrix, etc., of JOHN S. JOHNSON, Deceased, Respondent, v. FREDERICK LUTZ and EUGENE LUTZ, Copartners Doing Business as CHAS. LUTZ & SONS, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SAMUEL KAPLAN, Appellant, v. FANNY BLOCH and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

IRVING KIMMELMAN, Respondent, v. JACK KIMMELMAN and Others, Defendants, and CHARLES KIMMELMAN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JULIUS LEHRENKRAUSS and Others, Copartners, etc., Respondents, v. UNIVERSAL TOURS, INC., Appellant.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

MARSHALL MORTGAGE CORPORATION, Respondent, v. PHILLY BUILDING CORPORATION and Others, Defendants. CITY MASONS SUPPLY CO., INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

THEODORE H. MILLER, Appellant, v. AMERICAN EAGLE FIRE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

MARIO MORRA, Respondent, v. HERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JAMES H. MURNAN, Respondent, v. WABASH RAILWAY COMPANY, Appellant.— Motion for stay denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JAMES V. P. OGLESBY, Appellant, v. MASSACHUSETTS ACCIDENT COMPANY, Respondent. (Actions Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

LIPPE ORLINSKY, Respondent, v. ZIMMERMAN & DON, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

LIPPE ORLINSKY, Respondent, v. ZIMMERMAN & DON, INC., Appellant.— Motion to dismiss appeal from judgment denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENZO AMORE, Appellant.— Motion for enlargement of time to June third granted by consent. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SARGINA REALTY CO., INC., Respondent, v. LOTTIE SNYDER, Appellant.—

Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

PHILIP SCHOENFELD, Respondent, v. ROCKOWER & LOMBARDO BUILDING CORPORATION and THE COALECON COMPANY, INC., Appellants.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

HERMAN SCHREIBER, Respondent, v. CENTRAL NEW ENGLAND RAILWAY COMPANY and THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JULIUS SHERMAN, Appellant, v. BROOKLYN TRUST COMPANY, Respondent.— Motion to dismiss appeal denied. Plaintiff's application for leave to dispense with the printing of exhibits should be formally made. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SOUTH PLUMBING & HEATING Co., INC., Respondent, v. SORICE OPERATING Co., INC., and Others, Appellants, and Others, Defendants.— Motion for stay of trial denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

MAURICE TORCHIO, Also Known as MORIS TORCHIO, Respondent, v. BERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SECONDO VIGNALE and MARIA VIGNALE, Respondents, v. BERSON CONSTRUCTION CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

GEORGE H. WORTHINGTON, JR., Respondent, v. SAMUEL BLANKFEIN, Appellant.— Motion to dismiss appeal denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

SOLOMON ZAUDERER, an Infant, by GEORGE ZAUDERER, Guardian ad Litem, Appellant, v. MARKET STREET LONG BEACH REALTY CORPORATION and MORRIS ALFRED VOGEL, Respondents.— Respondents' motion for leave to file brief granted upon condition that a copy thereof be served upon appellant within two days from the entry of the order herein. Appellant may have two days thereafter in which to file a reply brief if he be so advised. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

CORINNE C. BRYAN, Respondent, v. WALTER G. BRYAN, Appellant.— Order granting alimony and counsel fee modified by reducing the alimony to the sum of $50 per week, and by reducing the counsel fee to the sum of $500, $250 thereof to be paid within ten days from service of a copy of the order entered herein, and the balance of $250 to be paid on or before the date of the trial of this action. As so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ABRAHAM EISENBUD and ADOLPH BROOK, Trading as EISENBUD & BROOK, Respondents, v. CAPITAL CITY SURETY COMPANY, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

AGNES M. GARDNER, Appellant, v. RAYMOND J. GARDNER, Respondent.— Order granting motion to reduce alimony and modifying order dated June 22,